■ ROSALIE COLLINS et al., Respondents, v ALICE C. SELIGMAN, Respondent, and TOWN OF HEMPSTEAD, Appellant. [717 NYS2d 882] —In an action to recover damages for personal injuries, etc., the defendant Town of Hempstead appeals from a judgment of the Supreme Court, Nassau County (Joseph, J.), entered June 4, 1999, which, upon a jury verdict finding it 88% at fault in the happening of the accident and the plaintiff Rosalie Collins 12% at fault, is in favor of the plaintiffs and against it in the principal sum of $136,400.

Ordered that the judgment is affirmed, with costs.

Contrary to contentions of the appellant, Town of Hempstead, the jury verdict apportioning liability was based upon a fair interpretation of the evidence and therefore should not be set aside (*see, Walker v Zdanowitz,* 265 AD2d 404; *Nicastro v Park,* 113 AD2d 129, 134). Moreover, the award of damages was not excessive as it does not deviate materially from what would be considered reasonable compensation (*see,* CPLR 5501 [d]; *Rhames v Supermarkets Gen. Corp.,* 260 AD2d 623; *Walsh v Kings Plaza Replacement Serv.,* 239 AD2d 408; *Senko v Fonda,* 53 AD2d 638; *see, Tariq v Miller,* 240 AD2d 395).

The appellant's remaining contention is without merit. Ritter, J. P., Florio, H. Miller and Feuerstein, JJ., concur.